# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PAUL J. ABELN, | : | No. 325 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| MARY J.B. EIDELMAN, ESQUIRE AND RICHARD HUNTINGTON PEPPER, ESQUIRE, | : | |
| Respondents | : | |
| PAUL J. ABELN, | : | No. 326 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| MARY J.B. EIDELMAN, ESQUIRE AND RICHARD HUNTINGTON PEPPER, ESQUIRE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.